**(Document Entered In Error)**